IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

NARINE JACKSON                                                                  PLAINTIFF

v.                                       CIVIL NO. 02-3021

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                  DEFENDANT

**O R D E R**

On July 18, 2005, plaintiff's counsel filed an Affidavit for Fees (Doc. # 9), which this court is construing as a motion for fees. Pursuant to Local Rule 7.2, "motions shall be accompanied by a brief consisting of a concise statement of relevant facts and applicable law." A brief was not filed with this Affidavit and it is unclear whether fees are being sought pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act or 42 U.S.C. § 406(b)(1). Plaintiff's counsel is directed to file an amended motion and brief explicitly stating the applicable law by May 1, 2006. Defendant will have ten days to respond to plaintiff's amended motion.

IT IS SO ORDERED this 10th day of April 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE